UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

PEARSON EDUCATION, INC.,                :
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC. AND               :           **08 CIV 6576**
THE MCGRAW-HILL COMPANIES, INC.,
                                        :
                Plaintiffs,
                                        :
        -against-                                   08 Civ.
                                        :
GUANQIANG TAN A/K/A RYAN TAN
D/B/A MP_BOOKSTORE AND                  :
JOHN DOE NOS. 1-5,
                                        :
                Defendants.
                                        :
- - - - - - - - - - - - - - - - - -x

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Plaintiff Pearson Education, Inc., certifies that it is an indirect wholly owned subsidiary of Pearson plc, a U.K. company which is publicly traded on the London Stock Exchange and which trades American Depository Shares on the New York Stock Exchange, each representative of one ordinary share of Pearson plc stock. Pearson Education, Inc., also certifies that it has the following indirect corporate affiliates that have securities or other interests that are publicly held and which are traded on

the exchanges indicated: Data Broadcasting Corporation (NYSE); MarketWatch.com, Inc. (Nasdaq); Recoletos Groupo de Comunicacion SA (Stuttgart, Madrid, Berlin, Munich, Frankfurt and Xerta).

DATE: July 24, 2008

_William Dunnegan_
SIGNATURE OF ATTORNEY