

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

PEARSON EDUCATION, INC., :
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC. AND :
THE MCGRAW-HILL COMPANIES, INC.,
:
              Plaintiffs,
:

    -against-                              08 Civ.
:
GUANQIANG TAN A/K/A RYAN TAN
D/B/A MP_BOOKSTORE AND :
JOHN DOE NOS. 1-5,
:
              Defendants.
:
- - - - - - - - - - - - - - - - - x

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for The McGraw-Hill Companies, Inc. (a private, non-governmental party) certifies that no publicly-held corporation owns more than 10% of the stock of the said party.

DATE: July 24, 2008

_William Dunnegan_
SIGNATURE OF ATTORNEY