*Keenan J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————X

PEARSON EDUCATION, INC. AND
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC. AND
THE MCGRAW-HILL COMPANIES, INC.

        Plaintiffs,

-against -

GUANQIANG TAN A/K/A RYAN TAN
D/B/A MP_BOOKSTORE AND
JOHN DOE NOS. 1-5,
AND JOHN DOE NOS. 1-5,

        Defendants.
——————————————————————X

Case No. 08 Civ. 6576 (JFK)

STIPULATION OF TIME
TO ANSWER COMPLAINT



WHEREAS, Plaintiffs Pearson Education, Inc., John Wiley & Sons, Inc., Cengage Learning Inc. and The McGraw-Hill Companies, Inc. filed a complaint on July 24, 2008 against Defendants for copyright infringement, pursuant to 17 U.S.C. § 101, *et seq.*, trademark infringement, pursuant to 15 U.S.C. § 1051, *et seq.*, and state unfair competition; and

WHEREAS, the parties in the above-captioned action wish to attempt to resolve the instant litigation.

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the Answer in the above-captioned action shall be filed and served on September 9, 2008.

1

Dated: New York, New York
August 13, 2008

DUNNEGAN LLC

By *William Dunnegan*
William Dunnegan (WD 9316)
Attorney for Plaintiffs
350 Fifth Avenue
New York, New York 10118
(212) 332-8300

Dated: New York, New York
August 13, 2008

LAW OFFICES OF KAREN J. BERNSTEIN, LLC

By _____
Karen J. Bernstein (KB 6753)
Attorney for Defendants
100 Park Avenue, Suite 1600
New York, New York 10017
(212) 339-9955

SO ORDERED:

*John F. Keenan*
United States District Judge

Dated: New York, New York
August 18, 2008

2